In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-500 CV


____________________



IN THE INTEREST OF G.D.F., A CHILD






On Appeal from the County Court at Law No. 2


Montgomery County, Texas


Trial Cause No. 02-09-06019-CV






MEMORANDUM OPINION (1)



 Jimmie Louise Fomby appeals the trial court's order appointing John William
Edgmon and Nancy Elaine Edgmon as the sole managing conservators of Fomby's minor
child, G.D.F. The appeal is submitted on the record of the indigence hearing because the
trial court sustained contests filed by the district clerk and the court reporter. See In re
Arroyo, 988 S.W.2d 737 (Tex.1998).

 The appeal was submitted without briefs because the appellant failed to file her brief
by the February 18, 2004 due date. See Tex. R. App. P. 38.8(a)(2). The appellant did not
request an extension of time to file the brief. See Tex. R. App. P. 38.6(d). On March 29,
2004, we notified the parties that the appeal would be advanced without oral argument. See
Tex. R. App. P. 39.9. 

 We have reviewed the record for fundamental error, and find none. The judgment
of the trial court is affirmed.

 AFFIRMED.

 PER CURIAM


Submitted on April 19, 2004

Opinion Delivered April 29, 2004

Before McKeithen, C.J., Burgess and Gaultney, JJ.




 




1. Tex. R. App. P. 47.4.